UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15CV 7083**

Kevin Gregg. 1411508129
OBCC 1600 Hazen St. 5 upper

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

T.B. 30 officer Young,
John Doe, 30373, and Officer
Hicks, John Doe, Jhon Doe,
NYC. Corporation Counsel
100 Church Street New York
New York, 10007

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
SDNY PRO SE OFFICE
2015 SEP -9 A 8:47

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Kevin Gregg
             ID #    1411508129
             Current Institution    OBCC
             Address    1600 Hazen St     5. Upper

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    Young    Shield #
                   Where Currently Employed    T.B. 30 Hoyt Transit Police
                   Address    NYC Corporation Counsel 100 Church Street New York 10007

*Rev. 05/2010*                                     1

Defendant No. 2   Name John Doe   Shield # 30373
Where Currently Employed T.B. Police
Address Hoyt Transit police NYC Corpoartion Counsel 100 church street NY, NY 10007

Defendant No. 3   Name Offier Hicks   Shield # ____
Where Currently Employed T.B. Police
Address Hoyt Transit police NYC Corpoartion Counsel 100 church street NY, NY 10007

Defendant No. 4   Name John Doe   Shield # ____
Where Currently Employed TB Transit police 30th precint
Address Hoyt-TB 3th pricent Nyc. corportion of Counsel

Defendant No. 5   Name John Doe   Shield # ____
Where Currently Employed ____
Address ____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
On August 16 Approxmently 12:23 am office young Aproche me and hit me with a object and I felted on top of him. Then they all attcaked me

B. Where in the institution did the events giving rise to your claim(s) occur?
This happed on 7th AV trainstaion In Brooklyn

C. What date and approximate time did the events giving rise to your claim(s) occur?
August 16, 12:23 AM

Rev. 05/2010                                    2

D. Facts:

> What happened to you?
> Who did what?
> Was anyone else Involved?
> Who else saw what happened?

On August 16th Aproxmate 12:23 Am. I was Aproched by Officer Young As I was talking to the Conductor of the train because me and my Baby Mother was on the train and my Son had hit me and I had hit him back so They was Coming to Arrest me. But as Officer Young Aproche me he Just hit me with A object in my face under my eye with A obect and I felled right on top of him I was Knocked out by his object. But once I hit the floor more officers came and Started hitting me Officer 30373, and Officer Hicks and Three more officers was there But I Didn't recall they badge numbers I wasn't fully Concious into get in back into they was putting me in the police Velical. They was Cufring me with hand cuffs on my arms and legs Still hitting me So I defended my self by turning and Kicking 1 officer and I Also bit a officer Wheel his hand was tore proceed to hit me In my mouth I bite him in a heat offnonment.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I Aquried stiches to My lower left eye and recieved treatment in Brooklyn hospital. Then They took me back to Luthern hospital treatment After I went back to the Present. that were I Aquried A Cat Scan Then Am ttied to luthern hosptial

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____NO_____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? ___✓_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _It Didnt Happend in Jail_

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Want to Sew And I Want the Court to investigate which officer was ERe There and I want to Sew for the Amount of 10. million dollars

## VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

Rev. 05/2010                                     5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____
  _____
  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ____ No ____
     If NO, give the approximate date of disposition _____
  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____
  _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____  No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____
  _____
  3. Docket or Index number _____
  4. Name of Judge assigned to your case _____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ____ No ____
     If NO, give the approximate date of disposition _____
  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **31** day of **Aug.**, 20**15**

Signature of Plaintiff: _K. Ortega_

Inmate Number: 1411508129

Institution Address: OBCC 1600 Hazen St
queens NY 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **31** day of **Aug**, 20**15** I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _K. Ortega_

# MEDICAL TREATMENT OF PRISONER
PD 244-150 (Rev. 12-99)-Pent-RMU

**Date:** 08/17/15

## SECTION I - TO BE COMPLETED BY N.Y.P.D.

- **Prisoner's Name (Last, First, M.I.):** Gregg, Kevin
- **Age:** 
- **Sex:** M
- **Address:** 1030 Park Pl, Bk NY 11213
- **Arresting Officer:** PO Hicks, Brandis
- **Tax Reg. No.:** 948544
- **Command:** TD30
- **Arrest No.:** K15662579L
- **Cmd. Of Arrest:** 78
- **Charge:** Assault 2d / Assault - cause inj pers <7 yrs
- **Prisoner Requests/Requires Medical Aid:** Yes
- **Date:** 08/17/15
- **Transported To Hospital:** Coney Island Hosp
- **Date:** 08/17/15
- **Restraining Devices Used:** Yes — Type: Leg Shackles
- **Remarks:** Rhabdomyolosis

## SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

- **Admitted To Hospital:** Yes
- **Print Name:** Regan, Cora
- **Title:** RN
- **Date:** 8/18/15
- **Time:** 12:45 am

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK – DEPT. OF CORRECTION, 4. BUFF – CMD. OF ARREST, 5. GREEN – ARRAIGNING JUDGE.
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.

# MEDICAL TREATMENT OF PRISONER
PD 244-150 (Rev. 12-99)-Pent-RMU

**Date:** 8/16/15

## SECTION I - TO BE COMPLETED BY N.Y.P.D.

**Prisoner's Name (Last, First, M.I.) (Print):** Gregg, Kevin
**Age:** 33  **Sex:** M
**Address Street:** 1030 Park Pl.
**Zip Code:** 11213  **Apt.:** C2  **Telephone No.:**

**Arresting Officer:** PO Hicks
**Shield No.:** 9302  **Tax Reg. No.:** 948304  **Command:** TD30

**Arrest No.:**  **Cmd. Of Arrest:** TD30  **Charge:** 120.05

**Escort Officer:** PO Pick
**Shield No.:** 29698  **Tax Reg. No.:** 955328  **Command:** TD30

**Prisoner Requests/Requires Medical Aid:** Yes
**Prisoner Refused Medical Aid:** No
**Date:** 8/16/15  **Time:** 0255
**Prisoner's Signature:**

**Transported To Hospital (Name):** Bklyn Methodist Hosp
**Date:** 8/16/15  **Time:** 0255
**Via Patrol / Wagon #:**  **RMP #:**  **ACR #:** 846466  **PCR #:**
**Operator Rank (Print) Name:**

**Returned From Hospital Date/Time:**
**Attempted Suicide:** No
**Nature Of Illness/Injury:**
**If Injury:** New

**Restraining Devices Used:** Yes  **Type:** Rear, leg
**E.S.U. Responded:** No
**If Yes, Respondent's Rank/Name:**

**Prescription Medication Possessed At Arrest:** No
**Prescription Number And Name Of Physician:**
**Pharmacy / Phone No.:**
**Property Clerk Invoice No./Cmd.:**

**Remarks:** Deft. has bruising to left cheek. 7 Recovered 7 stiches to the left cheek and bruised at the eye

## SECTION II

**Prisoner Refused Medical Aid In The Field:** No
**Prisoner Refused Medical Aid At The Command:** No
**Prisoner Refused Medical Aid Within The Court Section:**
**Recommend Prisoner Be Separated From General Population:** No

**E.M.S. Field Personnel:** PO Quinn  **Shield #:** 8119  **Date:** 8/16/15  **Time:** 0255
**Refer To Hospital Emergency Room:**

**E.M.S. Court Section:**

**NYPD Supervisor/Desk Officer:** Sgt Edness
**Cmd. Of Arrest/Court Section:** TD30  **Date:** 8/16/15  **Time:** 15:20

## SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

**Admitted To Hospital:** No
**Suicide Watch Recommended By Hospital Staff:** No
**Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff:** No
**Medication Prescribed:** No
**Medication To Be Taken As Prescribed:**

**Medication To Travel With Prisoner:** No
**Refer To Psychiatric Hospital:** No

**Print Name:** Hng, Mark  **Title:** MD  **Date:** 8/16/15  **Time:** 06—

**NYPD Court Section Supervisor:** Sgt Gonzalez  **Court Section:** BCS  **Date:** 8/16/15  **Time:** 1706

**Received By Department Of Correction:**

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK – DEPT. OF CORRECTION, 4. BUFF – CMD. OF ARREST, 5. GREEN – ARRAIGNING JUDGE.
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.



Kevin Gregg
1115oa126 oBee 1600 Hazen
St. Sleeper

The Daniel Moynihan United
States Court House 500 Pearl Street, Room
2001 New York, NY, 10007-1312

Pro-Se 9/6/15